IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14-cv-139

| | |
|---|---|
| **PISGAH LABORATORIES, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| **MIKART, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**THIS MATTER** is before the Court on D. Kyle Deak's, Application for Admission to Practice *Pro Hac Vice* of Michael E. Johnson. It appearing that Michael E. Johnson is a member in good standing with the Georgia State Bar and will be appearing with D. Kyle Deak, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that D. Kyle Deak's Application for Admission to Practice *Pro Hac Vice* (#3) of Michael E. Johnson is **GRANTED**,

and that Michael E. Johnson is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with D. Kyle Deak.

Signed: June 9, 2014

Dennis L. Howell
United States Magistrate Judge